**TALG, LTD.**
Ismail Amin, Esq. (SBN 231232)
Katherine J. Vescera, Esq. (SBN 287171)
2211 Michelson Drive, Suite 1170
Irvine, California 92612
Telephone: (949) 502-7715
Facsimile: (949) 266-8406

Attorneys for Defendant Evolve Bank & Trust

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
James D. Judah (SBN 257112)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 845-6600
Facsimile: (415) 875-6700

Attorneys for Solid Financial Technologies, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYTECHIP, LLC d/b/a QBIT, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SOLID FINANCIAL TECHNOLOGIES, INC., a Delaware corporation; EVOLVE BANK & TRUST, an Arkansas corporation<br><br>Defendants. | CASE NO. 3:24-cv-1226<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR SOLID AND EVOLVE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>[Removed from San Mateo Superior Court, Case No. 24-CIV-00307] |

12009-00001/14761743.1

- 1 -

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Bytechip, LLC ("Plaintiff" or "Bytechip") and Defendants Solid Financial Technologies, Inc. ("Solid") and Evolve Bank & Trust ("Evolve") (collectively "Defendants"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rule 6-2 and request an order extending Defendants' time to answer or otherwise respond to the Complaint, with reference to the following circumstances:

WHEREAS, Plaintiff filed its Complaint in San Mateo superior court on January 22, 2024;

WHEREAS, Defendants removed the action to the Northern District of California on February 29, 2024;

WHEREAS, Defendants' responses to the Complaint are currently due on March 7, 2024;

WHEREAS, the Parties have met and conferred and Plaintiff has agreed to extend Defendants' time to answer or otherwise respond to the Complaint until June 5, 2024;

WHEREAS, this extension will not alter or otherwise impact the date of any event or any deadline already fixed by Court order, other than the Initial Case Management Conference which the Parties respectfully request also be continued by 90 days;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court extend Defendants' deadline to answer or otherwise respond to the Complaint until June 5, 2024.

The Parties submit the accompanying declaration of James Judah in support hereof and respectfully request that the Court enter the attached proposed order.

**IT IS SO STIPULATED.**

12009-00001/14761743.1

Respectfully submitted,

| | |
|---|---|
| DATED: March 6, 2024 | **MICHAEL CHEN LAW** |
| | By: <u>/s/ *Michael Chen*</u><br>Michael Chen, Esq.<br>***Attorneys for Plaintiff***<br>**Plaintiff Bytechip, LLC** |
| DATED: March 6, 2024 | **TALG, LTD.** |
| | By: <u>/s/ *Ismail Amin*</u><br>Ismail Amin, Esq.<br>***Attorneys for Defendant***<br>**Evolve Bank & Trust** |
| DATED: March 6, 2024 | **QUINN EMANUEL EURQUHART & SULLIVAN, LLP** |
| | By: <u>/s/ *James D. Judah*</u><br>James D. Judah, Esq.<br>***Attorneys for Defendant***<br>**Solid Financial Technologies, Inc.** |

12009-00001/14761743.1

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

[PROPOSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: _____, 2024   By: _____
                                             Honorable Judge Laurel Beeler
                                             United States Magistrate Judge

12009-00001/14761743.1

- 4 -

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

## ATTESTATION

I, James D. Judah, Esq., am the ECF User whose identification and password are being used to file the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR SOLID AND EVOLVE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Ismail Amin, Esq. and Michael Chen, Esq. has concurred in this filing.

DATED: March 6, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *James D. Judah*
James D. Judah, Esq.
***Attorneys for Defendant***
**Solid Financial Technologies, Inc.**

12009-00001/14761743.1

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**