**TALG, LTD.**
Ismail Amin, Esq. (SBN 231232)
Katherine J. Vescera, Esq. (SBN 287171)
Christopher Stark, Esq. (SBN 306898)
2211 Michelson Drive, Suite 1170
Irvine, California 92612
Telephone: (949) 502-7715
Facsimile: (949) 266-8406

Attorneys for Defendant EVOLVE BANK & TRUST

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYTECHIP, LLC d/b/a QBIT, a Delaware limited liability company, | **Case No. 24-cv-01226-LB** |
| Plaintiff, | |
| vs. | **DECLARATION OF MARGARET GIBSON EVERETT IN SUPPORT OF DEFENDANTS SOLID FINANCIAL TECHNOLOGIES, INC. AND EVOLVE BANK & TRUST'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE** |
| SOLID FINANCIAL TECHNOLOGIES, INC., a Delaware corporation; EVOLVE BANK & TRUST, an Arkansas corporation; and DOES 1-10, inclusive, | *[Filed concurrently with: (1) Defendants Solid Financial Technologies, Inc. and Evolve Bank & Trust's Notice of Motion and Motion to Transfer Venue; (2) Request for Judicial Notice]* |
| Defendants. | |
| | Date:      July 18, 2024 |
| | Time:      10:00 a.m. |
| | Courtroom: 11—19th Floor |
| | Judge:     Hon.  James Donato |

TALG, Ltd.
2211 Michelson Drive, Suite 1170
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

- 1 -

T.M.G. Ltd.
2211 Michelson Drive, Suite 1170
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

### DECLARATION OF MARGARET GIBSON EVERETT

I, MARGARET GIBSON EVERETT, declare as follows:

1.      I am over the age of 18 years and have personal knowledge of the facts contained in this declaration, and if called upon to testify, I could and would testify competently as to the truth of facts stated herein.

2.      I am the Assistant Vice President, Legal Operations Administrator, and Assistant Corporate Secretary of Defendant EVOLVE BANK & TRUST ("Evolve").

3.      I make this declaration in my capacity as the Assistant Corporate Secretary of Evolve.

4.      Evolve is an Arkansas State-Chartered Bank and a member of the Federal Reserve System with its operational headquarters located in Memphis, Tennessee.

5.      Evolve and Defendant SOLID FINANCIAL TECHNOLOGIES, INC. ("Solid") entered into a Master Bank Services Agreement on or around June 21, 2021 (the "MBSA").  Under Section 43(a) of the MBSA, Evolve and Solid agreed that the MBSA would be governed by and construed in accordance with the laws of the State of Tennessee and agreed to submit to the jurisdiction of the courts of the State of Tennessee.  *Attached hereto as Exhibit "A" is a true and correct copy of the MBSA entered on or around June 21, 2021.*

I declare under the penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct, and that this declaration was executed on this 4th day of June 2024, at Memphis, Tennessee.


_____
Margaret Gibson Everett

- 2 -

**DECLARATION OF MARGARET GIBSON EVERETT IN SUPPORT OF DEFENDANTS SOLID FINANCIAL TECHNOLOGIES, INC. AND EVOLVE BANK & TRUST'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE**

# Exhibit A

## MASTER BANK SERVICES AGREEMENT

### Cover Page

This Master Bank Services Agreement ("Agreement") is entered into as of the _____ 7/14/2021 | 6:49:39 CDT ("Effective Date") by and between Evolve Bank & Trust, an Arkansas state bank, ("Bank") and Solid Financial Technologies, Inc., a Delaware corporation ("Company"). For purposes of this Agreement, Bank and Company each may be referred to individually as a "Party" and together as the "Parties."



Date.

Ban_____ust

By:  Scot Lenoir
7EAD05C8CBE84DE...

Name: Scot Lenoir

Title: Chairman

Date: 7/14/2021 | 6:49:39 CDT

Com_____al Technologies, Inc.

By: Raghav Lal
96BAE39D8F134EA...

Name: Raghav Lal

Title: President

Date: 7/8/2021 | 11:32:06 CDT

43.    **Governing Law; Waiver of Jury Trial; Dispute Resolution and Arbitration**.

(a)    This Agreement shall be governed by and construed in accordance with the laws of the State of Tennessee, without giving effect to any choice of law or conflict of law provisions.  Each Party hereby submits to the jurisdiction of the courts of Tennessee, and (subject to Bank's reservation of preemption rights herein).

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 5, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing documents via the Court's CM/ECF system.


Executed on June 5, 2024 at Irvine, California.


_/s/ Emin Avakian_____
Emin Avakian