**TALG, LTD.**
Ismail Amin, Esq. (SBN 231232)
Katherine J. Vescera, Esq. (SBN 287171)
Christopher Stark, Esq. (SBN 306898)
2211 Michelson Drive, Suite 1170
Irvine, California 92612
Telephone: (949) 502-7715
Facsimile: (949) 266-8406

Attorneys for Defendant EVOLVE BANK & TRUST

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYTECHIP, LLC d/b/a QBIT, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SOLID FINANCIAL TECHNOLOGIES, INC., a Delaware corporation; EVOLVE BANK & TRUST, an Arkansas corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 24-cv-01226-LB <br><br> **DEFENDANT EVOLVE BANK & TRUST'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

- 1 -

**DEFENDANT EVOLVE BANK & TRUST'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

# DEFENDANT EVOLVE BANK & TRUST'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

Pursuant to United States District Court for the Northern District of California Local Rule 3-15 and Federal Rules of Civil Procedure Rule 7.1, Defendant Evolve Bank & Trust ("Evolve") hereby certifies:

1. Pursuant to Civil L.R. 3-15, the undersigned certifies that Evolve is not aware of any conflict, financial or otherwise, that the parties to this litigation have with the presiding Judge, the Honorable James Donato.

2. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

3. Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant EVOLVE BANK & TRUST and Evolve Bancorp, Inc.

4. Pursuant to Fed. R. Civ. P. Rule 7.1, the undersigned certifies that Evolve is an Arkansas state-chartered bank with its principal place of business in Tennessee. It is wholly owned by Evolve Bancorp, Inc., which is not a publicly traded company.

//
//
//
//

1  DATED: this 5th day of June, 2024

2                                         By: _/s/ Ismail Amin_____
                                               Ismail Amin, Esq.
3                                              Katherine J. Vescera, Esq.
                                               Christopher Stark, Esq.
4                                              **TALG, LTD.**
                                               *Attorneys for Defendant Evolve Bank &*
5                                              *Trust*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**TALG, Ltd.**
2211 Michelson Drive, Suite 1170
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

- 3 -

**DEFENDANT EVOLVE BANK & TRUST'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 5, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing documents via the Court's CM/ECF system.

Executed on June 5, 2024 at Irvine, California.

                                               _/s/ Emin Avakian_____
                                               Emin Avakian