Michael Chen Esq. (SBN 218863)
Michael Chen Law Offices
2975 Huntington Dr. Ste 101
San Marino, CA 91108
michael@michaelchenlaw.com
Tel: (626) 249-2002
Attorneys for Plaintiff BYTECHIP, LLC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYTECHIP, LLC d/b/a Qbit, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br>SOLID FINANCIAL TECHNOLOGIES, INC., a Delaware Corporation, and EVOLVE BANK & TRUST, an Arkansas Corporation; Does 1 to 10;<br><br>Defendants. | **Civil Action No. 3:24-cv-01226-JD**<br><br>**JOINT MOTION TO DISMISS THE CASE WITHOUT PREJUDICE** |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff respectfully notifies this honorable Court that this action is dismissed by the Plaintiff in its entirety without prejudice.

Defendants do not object to this Motion to Dismiss without prejudice. This dismissal is made pursuant to F. R. Civ. P. 41(a) **(1) (A) (ii).**

Date: June 17, 2024

Respectfully,

By: */s/ Michael Chen*
Michael Chen, Esq.
Attorneys for
Plaintiff BYTECHIP, LLC

By: */s/ Ismail Amin*
Ismail Amin, Esq. (SBN 231232)
2211 Michelson Drive, Suite 1170 Irvine,
California 92612

Attorneys for Defendant
EVOLVE BANK & TRUST

By:*/s/ James D. Judah*
50 California Street, 22nd Floor
San Francisco, CA 94111
Attorneys for Defendant
SOLID FINANCIAL TECHNOLOGIES, INC